No. 93–9241. WORYTKO *v.* NICKERSON. App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists. Certiorari denied.

No. 93–9243. AUTREY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 93–9246. WILLIAMS *v.* JOSEPHS ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–9253. KIMBLE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 93–9254. FULTON ET AL. *v.* UNITED STATES; and
No. 93–9310. CUERO-GONGORA, AKA ARROYA-RIENA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 93–9255. BUHL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 93–9262. LEONARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 93–9266. REID *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 93–9271. BEARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 93–9272. TAYLOR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 93–9280. HOPSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 93–9281. HOPSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 93–9284. WRIGHT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 93–9285. LeCROIX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 93–9294. SCHUENEMANN *v.* HAMES, COMMISSIONER, ALASKA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.